# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2021

## NO. 03-19-00815-CV

**TJFA, L.P.; Environmental Protection in the Interest of Caldwell County; James Abshier; and Bryon Friedrich, Appellants**

**v.**

**Texas Commission on Environmental Quality and 130 Environmental Park, LLC, Appellees**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on October 14, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.